Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ. [See 250 App. Div. 829; *ante*, p. 789.]

GERALDINE N. BUTLER, as Substituted Trustee of the Estate of AMES W. HOWLETT, etc., Appellant, v. MARCUS GOODBODY and Others, Individually and Doing Business under the Firm Name and Style of GOODBODY & COMPANY, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in a conversion action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

EDWIN MILLER, Appellant, v. ERIC C. GULLBERG, Respondent.— Judgment of County Court reversed on the law and facts and judgment of Justice's Court affirmed, with twenty-five dollars costs in County Court and costs in this court. Memorandum: The County Court in the resettled judgment having provided that the judgment of the Justice's Court was reversed on the law and the facts, this court has examined the evidence to determine whether the judgment of the Justice's Court was plainly against the weight and preponderance of the evidence. (*Wears* v. *Johnson*, 151 App. Div. 770.) Upon examination of the proceedings in Justice's Court, as shown by the record used in County Court, we hold that the evidence produced in Justice's Court was sufficient to support the findings of that court. All concur. (The judgment reverses a judgment of a Justice's Court in favor of plaintiff and grants a new trial in an automobile negligence action to recover property damage to an automobile.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of LEON MARTINS, Appellant, for an Order of Certiorari against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (Proceeding in certiorari to review determination of defendant in revoking liquor license.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of WILLIAM S. RATHBUN, Petitioner, for a Certiorari Order against HARRY LINDHOLM and Others, Individually and as Members of the City Council of the City of Jamestown, New York, Respondents. — Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari proceeding to review the determination of the city council of the city of Jamestown in refusing a pension to the petitioner.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of LEE C. SHOEMAKER, Petitioner, for a Certiorari Order against THE NEW YORK STATE LIQUOR AUTHORITY and CHAUTAUQUA COUNTY ALCOHOLIC BEVERAGE CONTROL BOARD, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari proceeding to review the determination of the State Liquor Authority in refusing a liquor license.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE OSWEGO FALLS CORPORATION and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others, Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that leave to appeal is unnecessary. (See *Sage* v. *Broderick*, 249 N. Y.

601, and Cohen on " The Powers of the New York Court of Appeals," § 45.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUNTER ARMS COMPANY, INCORPORATED, and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others, Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that leave to appeal is unnecessary. (See *Sage* v. *Broderick*, 249 N. Y. 601, and Cohen on " The Powers of the New York Court of Appeals," § 45.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE VICTORIA PAPER MILLS COMPANY and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others. Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that leave to appeal is unnecessary. (See *Sage* v. *Broderick*, 249 N. Y. 601, and Cohen on " The Powers of the New York Court of Appeals," § 45,) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

CHESTER LOCHMAN, as Administrator, etc., of EUGENE LOCHMAN, Deceased, Appellant, v. LUKE & SOHN, INCORPORATED, and Others, Defendants, WALTER J. ELAM and CLAUDE BARNARD, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. (See *Eckler* v. *Village of Ilion*, 229 N. Y. 615.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

RAYMOND A. O'CONNOR and Another, Copartners Doing Business under the Firm Name and Style of R. A. O'CONNOR AND COMPANY, Respondents, Appellants, v. THE CITY OF LOCKPORT, NEW YORK, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCCO LAFORTUNA, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, at Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

MARIANO NASELLO and ROSE NASELLO, Appellants, and Another, Plaintiff, v. THE HOME INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

MICHAEL HEMMERICH and Others, Copartners, etc., Appellants, v. THE CITY OF GENEVA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JAMES LEWIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and P. VINCENT GARDNER, as Assistant Director of the Department of Social Welfare of the City of Buffalo, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.